ETHELBERT I. Low et al., as Executors and Trustees under the Will of LYMAN N. HINE, Deceased, Respondents, *v.* BANKERS TRUST COMPANY, as Trustee of FRANCIS L. HINE et al., Respondents, and FRANCIS L. HINE, 2D, et al., Infants, by SIBYL Y. HINE, Their Guardian ad Litem, Appellants.

(Submitted May 18, 1936; decided May 26, 1936.)

(See 270 N. Y. 143.)

*Per Curiam.* The motion for an order recalling the remittitur and the amendment thereof · is denied as unnecessary. Our decision (270 N. Y. 143) provided that judgment upon reversal was directed in accordance with this opinion, with costs to the appellants payable out of the fund. The opinion dealt merely with the disposition of the Francis L. Hine fund, subject to the power of appointment; it did not disturb the accounting nor any of the costs and allowances made below. The final judgment as entered stands with the exception of this disposition of the amount remaining in the Francis L. Hine trust fund. This fund, or the amount left after the deductions of costs and allowances as heretofore granted, is to be disposed of in accordance with our decision. The costs, however, in this court are to the appellants, payable out of the fund.

Motion denied.

MORRIS BARTH, Individually and on Behalf of Others, Respondent, *v.* THE ADDIE Co., INC., Appellant, and HARRY SHERMAN, as President of Moving Picture Machine Operators Union of Greater New York, Local No. 306 of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Respondent.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 271 N. Y. 31.)